IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LISA VICK MOSELEY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) No. 4:23-CV-00095-D-RN |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social<br>Security, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and upon consideration of Defendant's unopposed request to remand this cause for further administrative action, the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED. This __16__ day of November, 2023.

JAMES C. DEVER III
United States District Judge