<pre>
                        UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF NORTH CAROLINA
                                EASTERN DIVISION


LISA MOSELEY,                           )
                                        )
              Plaintiff,                )    **JUDGMENT IN A CIVIL CASE**
                                        )    **CASE NO. 4:23-CV-95–D**
       v.                               )
                                        )
                                        )
KILOLO KIJAKAZI,                        )
Acting Commissioner of Social Security, )
                                        )
              Defendant.                )
</pre>

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action.

**This Judgment Filed and Entered on November 16, 2023, and Copies To:**
Derrick Kyle Arrowood        (via CM/ECF electronic notification)
Samantha Zeiler              (via CM/ECF electronic notification)
Wanda D. Mason               (via CM/ECF electronic notification)


DATE:                              PETER A. MOORE, JR., CLERK
November 16, 2023                    (By) /s/ Stephanie Mann
                                      Deputy Clerk