UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| LISA MOSELEY, | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 4:23-CV-95–D** |
| v. | ) | |
| | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $7,837.50 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick K. Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on February 21, 2024, and Copies To:**

| | |
|---|---|
| Derrick Kyle Arrowood | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Samantha Zeiler | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |

DATE:  
February 21, 2024

PETER A. MOORE, JR., CLERK  
(By) /s/ Stephanie Mann  
Deputy Clerk